# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Dennis Ray Davis, Jr., <br><br> Plaintiff, <br><br> v. <br><br> Hennepin County Dist. Clerk of Court et al., <br><br> Defendants. | Case No. 24-cv-3217 PJS/ECW <br><br> **ORDER** |

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated September 13, 2024, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. This action is DISMISSED pursuant to 28 U.S.C. § 1915A.

2. The motion for extending deadlines of plaintiff Dennis Ray Davis, Jr. [Dkt. No. 3] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: 10/15/24                              *s/Patrick J. Schiltz*
                                             PATRICK J. SCHILTZ
                                             United States Chief District Judge